176 So. 308

## STATE v. SOUTHERN BELL TELEPHONE & TELEGRAPH CO. et al.

3 Div. 186.

Supreme Court of Alabama.

Oct. 7, 1937.

A. A. Carmichael, Atty. Gen., and Walter J. Knabe, Asst. Atty. Gen., for the State.

Steiner, Crum & Weil and Hill, Hill, Whiting & Rives, all of Montgomery, Stokely, Scrivner, Dominick & Smith, of Birmingham, and E. D. Smith and John T. Goree, both of Atlanta, Ga., for appellees.

GARDNER, Justice.

This is a companion case to City of Birmingham v. Southern Bell Telephone and Telegraph Co. et al., 176 So. 301,[1] this day decided, and the decision is governed thereby. Upon that authority, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and KNIGHT, JJ., concur.

176 So. 314

## Lena WILLIAMS v. STATE.

8 Div. 825.

Supreme Court of Alabama.

Oct. 7, 1937.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Lena Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Williams v. State, 27 Ala.App. 540, 176 So. 312.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

176 So. 314

## Lena WILLIAMS v. STATE.

8 Div. 823.

Supreme Court of Alabama.

Oct. 7, 1937.

Fred S. Parnell, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of Lena Williams for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Williams v. State, 27 Ala.App. 548, 176 So. 314.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

176 So. 309

## Luvenia (alias Sweetie) JONES v. STATE.

8 Div. 820.

Supreme Court of Alabama.

Oct. 7, 1937.

Fred S. Parnell and W. L. Almon, of Florence, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Justice.

Petition of Luvenia (alias Sweetie) Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jones v. State, 27 Ala.App. 541, 176 So. 309.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.